|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| RICHARD LEHMAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER NELSON; WILLIAM BECK, JR., BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES, CLIF DAVIS, TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS; CLINT BRYSON; MICHAEL CHURCH; MICHAEL DOYLE; GREG ELDER; GLEN FRANZ; GARY GONZALES; CARL D. HANSON; PATRICK POWELL; GARY PRICE; SCOTT STEPHENS; ROGER TOBIN; and GRANT ZADOW, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>Defendants. | No. 2:13-cv-01835<br><br>STIPULATION AND ORDER CERTIFYING CLASS ACTION, DEFINING CLASS MEMBERSHIP, NAMING CLASS REPRESENTATIVE, AND NAMING CLASS COUNSEL |

## STIPULATION

The parties, by and through their respective undersigned counsel, have conferred regarding Plaintiffs' proposed class definition, as presented in Plaintiffs' pending Motion for Class Certification ("Motion"), ECF No. 52, which has been re-noted for hearing Dec. 5, 2014, ECF No. 55. The parties agree that the class definition as proposed in the Motion is appropriate, with the substitution of the phrase "IBEW Pacific Coast Pension Plan and/or the National Electrical Industry Pension Reciprocal Agreement" with the phrase "IBEW Pacific Coast Pension Plan's adoption of the National Electrical Industrial Pension Reciprocal Agreement" in section (2) of the

STIPULATION AND ORDER RE: CLASS CERTIFICATION
2:13-cv-01835 – 1
DWT 25467778v2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

proposed class definition. *See* ECF No. 52. The new proposed class definition, as stipulated to and agreed upon by the parties, defines the proposed class as including any individual:

> (1) on whose behalf contributions were required to be made to the IBEW Pacific Coast Pension Plan pursuant to the terms of a collective bargaining agreement at any time from July 1, 2008 to present; and
> (2) who had requested that such contributions be transferred to another pension fund pursuant to the terms of the IBEW Pacific Coast Pension Plan's adoption of the National Electrical Industry Pension Reciprocal Agreement; and
> (3) who did not have such contributions transferred in full, but instead, all or a portion of such contributions were withheld by the IBEW Pacific Coast Pension Plan, its agents, employees, fiduciaries, affiliates, or service providers.

The parties respectfully request the Court adopt the class definition proposed above and certify the proposed class in this case. In addition, the parties request the Court name Plaintiff Richard Lehman as Class Representative and Davis Wright Tremaine LLP as Class Counsel. The parties further agree that the Court's entering of the proposed order herein shall render Plaintiff's Motion, ECF No. 52, moot.

Stipulated to and jointly presented this 2nd day of December, 2014 by:

| DAVIS WRIGHT TREMAINE LLP | THE URBAN LAW FIRM |
|---|---|
| Attorneys for Richard Lehman and the Class | Attorneys for Defendants |

By:_____    By:/s/ Nathan R. Ring_____
   Richard J. Birmingham, WSBA #8685       Michael A. Urban, WSBA #20251
   Joseph P. Hoag, WSBA #41971       Nathan R. Ring, WSBA #46271
   1201 Third Avenue, Suite 2200       800 Bellevue Way NE, Suite 400
   Seattle, Washington 98101-3045       Bellevue, WA 98004
   Telephone: (206) 622-3150       Telephone: (425) 646-2394
   Fax: (206) 757-7700       Fax: (425) 462-5638
   E-mail: richardbirmingham@dwt.com       E-mail: murban@theurbanlawfirm.com
        josephhoag@dwt.com            nring@theurbanlawfirm.com

STIPULATION AND ORDER RE: CLASS CERTIFICATION
2:13-cv-01835 – 2
DWT 25467778v2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based on the foregoing stipulation of counsel, and on the pleadings and papers filed in this matter, IT IS SO ORDERED:

1. The Court hereby certifies this action as a class action.

2. The class in this class action shall be comprised of all individuals:

    a. on whose behalf contributions were required to be made to the IBEW Pacific Coast Pension Plan pursuant to the terms of a collective bargaining agreement at any time from July 1, 2008 to present; and

    b. who had requested that such contributions be transferred to another pension fund pursuant to the terms of the IBEW Pacific Coast Pension Plan's adoption of the National Electrical Industry Pension Reciprocal Agreement; and

    c. who did not have such contributions transferred in full, but instead, all or a portion of such contributions were withheld by the IBEW Pacific Coast Pension Plan, its agents, employees, fiduciaries, affiliates, or service providers.

3. The Court hereby names Richard Lehman as Class Representative in the instant matter.

4. The Court hereby names Davis Wright Tremaine LLP as Class Counsel in the instant matter.

5. Plaintiffs' Motion for Class Certification, ECF No. 52, is hereby stricken.

DATED this 4th day of December 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: CLASS CERTIFICATION
2:13-cv-01835 –3
DWT 25467778v2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax