The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN, on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER NELSON; WILLIAM BECK, JR., BRIAN BISH, KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES, CLIF DAVIS, TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS; CLINT BRYSON; MICHAEL CHURCH; MICHAEL DOYLE; GREG ELDER; GLEN FRANZ; GARY GONZALES; CARL D. HANSON; PATRICK POWELL; GARY PRICE; SCOTT STEPHENS; ROGER TOBIN; and GRANT ZADOW, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>　　　　　　　Defendants. | No. 2:13-cv-01835<br><br>CLASS ACTION<br><br>NOTICE OF CROSS-APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Notice is hereby given that Plaintiff Richard Lehman and the certified Class of similarly situated Plaintiffs cross-appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's determination in its Order on Motions [Dkt. # 48], attached as **Exhibit A**, (1) that Defendants' failure to construe Plan provisions and disburse pension contributions in accordance with governing Plan documents and instruments did not constitute a breach of

NOTICE OF CROSS-APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS
2:13-cv-01835 – 1
DWT 27032812v1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main  206.757.7700 fax

fiduciary duty under ERISA 502(a)(2) and (2) that Plaintiffs may not seek equitable relief under ERISA section 502(a)(3).

### Representation Statement

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs/Cross-Appellants Richard Lehman and the certified Class he represents provides the following information concerning counsel for this appeal:

A. **Richard Lehman and the certified Class.**

> Richard J. Birmingham
> Joseph P. Hoag
> Davis Wright Tremaine LLP
> Suite 2200
> 1201 Third Avenue
> Seattle, Washington 98101-3045
> (206) 622-3150

B. **Warner Nelson, William Beck, Jr., Brian Bish, Klaas A. DeBoer, Michael G. Marsh, Rocky Sharp, Richard Bamberger, Dennis Callies, Clif Davis, Tim Donovon, Harry Thompson, Gary Younghans, Clint Bryson, Michael Church, Michael Doyle, Greg Elder, Glen Franz, Gary Gonzalez, Carl D. Hanson, Patrick Powell, Gary Price, Scott Stephens, Roger Tobin, and Grant Zadow, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan.**

> Michael A. Urban
> Nathan R. Ring
> The Urban Law Firm
> Suite 300, Bldg. G
> 11900 NE 1st St.
> Bellevue, WA 98005
> (425) 646-2394/(702) 968-8087

NOTICE OF CROSS-APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS
2:13-cv-01835 –2
DWT 27032812v1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 9th day of June, 2015.

          Davis Wright Tremaine LLP
          Attorneys for Richard Lehman and the Class


By /s/ *Richard J. Birmingham*
    Richard J. Birmingham, WSBA #8685
    Joseph P. Hoag, WSBA #41971
    Suite 2200
    1201 Third Avenue
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:   richardbirmingham@dwt.com
                    josephhoag@dwt.com

NOTICE OF CROSS-APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS
2:13-cv-01835 –3
DWT 27032812v1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main   206.757.7700 fax

# CERTIFICATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington, that on June 9, 2015, I electronically filed the attached **Notice of Cross-Appeal to the Ninth Circuit Court of Appeals**, including Representation Statement, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael A. Urban, Esq.
Nathan R. Ring, Esq.
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103
(702) 968-8087
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com

DATED this 9th day of June, 2015.

    Davis Wright Tremaine LLP
    Attorneys for Richard Lehman and the Class

By */s/ Richard J. Birmingham*
    Richard J. Birmingham, WSBA #8685
    Suite 2200
    1201 Third Avenue
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: richardbirmingham@dwt.com

NOTICE OF CROSS-APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS
2:13-cv-01835 –4
DWT 27032812v1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax