UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS; CLINT BRYSON; MICHAEL CHURCH; MICHAEL DOYLE; GREG ELDER; GLEN FRANZ; GARY GONZALES; CARL D. HANSON; PATRICK POWELL; GARY PRICE; SCOTT STEPHENS; ROGER TOBIN; and GRANT ZADOW, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>Defendants. | Case No. C13-1835RSM<br><br>ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND ORDER OF STAY OF EXECUTION |

This matter comes before the Court on Defendants' Motion for Approval of Supersedeas Bond and Order of Stay of Execution, Dkt. #109. Defendants request the Court stay execution of the Judgment pending their appeal of this case to the Ninth Circuit. *Id.* Plaintiffs do not oppose this Motion.

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND ORDER OF STAY OF EXECUTION - 1

The Court granted summary judgment for Plaintiffs and awarded damages of $1,911,116.49 in wrongfully withheld funds and $562,016.28 in earnings thereon. *See* Dkt. #74. Further, the Court awarded attorneys' fees of $231,296.50 and costs of $19,851.30. Dkt. #105. On May 26, 2015, Defendants filed an appeal with the Ninth Circuit (case number 15-35414) appealing this Court's Order on Motions (Dkt. #48), Order Granting Plaintiff's Motion to Enforce or Clarify (Dkt. #63), and Order Granting Plaintiff's Motion for Damages (Dkt. #74). Dkt. #88.

The parties have stipulated to setting the required bond amount to cover the entire Judgment plus attorneys' fees. Dkt. ##109-1 at 2; 109-2. Furthermore, Defendants have, contemporaneous with filing this Motion, posted a bond in the amount of $2,872,285.64. Dkt. #109-3.

Under Federal Rule of Civil Procedure 62(a), a district court's judgment becomes final and enforceable fourteen days after judgment is entered. *Columbia Pictures Indus., Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1197 (9th Cir. 2001); Fed. R. Civ. P. 62(a). "At that time, a prevailing plaintiff is entitled to execute upon a judgment." *Columbia Pictures Indus.*, 259 F.3d at 1197. Federal Rule of Civil Procedure 62(d) allows an appellant to stay the execution of a judgment pending appeal by posting a supersedeas bond. Fed. R. Civ. P. 62(d). "The stay takes effect when the court approves the bond." Fed. R. Civ. P. 62(d). The purpose of a supersedeas bond is to secure an appellee from a loss that may result from the stay. *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1 (9th Cir. 1987). "The posting of a bond protects the prevailing plaintiff from the risk of a later uncollectible judgment and compensates him for delay in the entry of the final judgment." *NLRB v. Westphal*, 859 F.2d 818, 819 (9th Cir. 1988). "Because the stay operates for the appellant's benefit and deprives the

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND ORDER OF STAY OF EXECUTION - 2

appellee of the immediate benefits of his judgment, a full supersedeas bond should be the requirement in normal circumstances." *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 760, 205 U.S. App. D.C. 47 (D.C. Cir. 1980). District courts have "inherent discretionary authority in setting supersedeas bonds." *Rachel*, 831 F.2d at 1505 n.1.

The Court finds that the supersedeas bond posted by Defendants fully satisfies the monetary judgment, attorneys' fees, and costs awarded in this matter, and is sufficient to protect Plaintiffs from any loss resulting from a stay of execution.

Accordingly, the Court hereby finds and ORDERS that Defendants' Motion for Approval of Supersedeas Bond and Order of Stay of Execution, Dkt. #109 is GRANTED. Execution of Judgment shall be stayed pending the appeal.

DATED this 6th day of November 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND ORDER OF STAY OF EXECUTION - 3