Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>Defendants. | Case No.: 2:13-CV-1835-RSM<br><br>**[PROPOSED]<br>ORDER GRANTING MOTION FOR EXONERATION OF SUPERSEDEAS BOND** |

Currently before the Court is the Motion for Exoneration of Supersedeas Bond brought forward by Defendants, WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan (hereinafter "Defendants").  Having considered the Motion filed by Defendants and with good cause appearing, it is hereby

Order Granting Motion for Exoneration of
Supersedeas Bond
(Case No. 2:13-CV-1835-RSM)

1

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. 425.646.2394 / (702) 968-8087
F. 425.572.6687 / (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendants*

1     **ORDERED** that the Defendants' Motion for Exoneration of Supersedeas Bond is granted.

Dated:_____

HONORABLE RICARDO S. MARTINEZ
U.S. DISTRICT JUDGE

Submitted by:

    */s/ Nathan R. Ring*
Michael A. Urban, Esq., WSBA #20251
Nathan R. Ring, Esq., WSBA # 46271
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. 425.646.2394 / 702.968.8087
F. 425.572.6687  / 702.968.8088
nring@theurbanlawfirm.com

Order Granting Motion for Exoneration of Supersedeas Bond
(Case No. 2:13-CV-1835-RSM)

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. 425.646.2394 / (702) 968-8087
F. 425.572.6687  / (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendants*