1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN, on behalf of himself and others similarly situated, | Case No.: C13-1835 RSM |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION FOR EXONERATION OF SUPERSEDEAS BOND** |
| WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan, | |
| Defendants. | |

Currently before the Court is the Motion for Exoneration of Supersedeas Bond brought forward by Defendants, WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan (hereinafter "Defendants"). Having considered the Motion filed by Defendants and with good cause appearing, it is hereby

Order Granting Motion for Exoneration of
Supersedeas Bond
(Case No. 2:13-CV-1835-RSM)

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. 425.646.2394 / (702) 968-8087
F. 425.572.6687 / (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendants*

1     **ORDERED** that the Defendants' Motion for Exoneration of Supersedeas Bond is granted.

2

3     DATED this 29th day of September 2017.

4

5

                    RICARDO S. MARTINEZ

6                     CHIEF UNITED STATES DISTRICT JUDGE

7

8

9 Submitted by:

10     */s/ Nathan R. Ring*

Michael A. Urban, Esq., WSBA #20251

11 Nathan R. Ring, Esq., WSBA # 46271

11900 NE 1st Street, Suite 300, Building G

12 Bellevue, Washington 98005

P. 425.646.2394 / 702.968.8087

13 F. 425.572.6687 / 702.968.8088

14 nring@theurbanlawfirm.com

15

16

17

18

19

20

21

22

23

24

25

26

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. 425.646.2394 / (702) 968-8087
F. 425.572.6687 / (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendants*

Order Granting Motion for Exoneration of
Supersedeas Bond
(Case No. 2:13-CV-1835-RSM)