1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LEHMAN, on behalf of himself and
others similarly situated,

    Plaintiffs,

  v.

WARNER NELSON; WILLIAM BECK, JR.,
BRIAN BISH, KLAAS A. DeBOER;
MICHAEL G. MARSH; ROCKY SHARP;
RICHARD BAMBERGER; DENNIS CALLIES,
CLIF DAVIS, TIM DONOVAN; HARRY
THOMPSON; GARY YOUNGHANS; CLINT
BRYSON; MICHAEL CHURCH; MICHAEL
DOYLE; GREG ELDER; GLEN FRANZ;
GARY GONZALES; CARL D. HANSON;
PATRICK POWELL; GARY PRICE; SCOTT
STEPHENS; ROGER TOBIN; and GRANT
ZADOW, in their capacity as Trustees of the
IBEW Pacific Coast Pension Plan,

    Defendants.

No. 2:13-cv-01835

STIPULATION AND ORDER SETTING
SCHEDULE FOR DISCOVERY AND
MOTIONS REGARDING DAMAGES
AND ATTORNEYS' FEES

## STIPULATION

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Class and Defendants (the "Parties") jointly submit the following proposed schedule of proceedings in the instant litigation, consistent with this Court's Order Granting Plaintiffs' Second Motion For Summary Judgment, Dkt. No. 122 at 12. The Parties request the following deadlines for discovery pertaining to damages, a motion on damages, and a motion for attorneys' fees:

STIPULATION AND ORDER
2:13-cv-01835 – 1
4815-5428-9243v.1 0098279-000001

Davis Wright Tremaine LLP
Law Offices
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1. Defendants shall provide Class Counsel with all discovery to accurately determine damages, consistent with this Court's prior orders on Summary Judgment, by fourteen days after this Court's decision on Defendants' pending Motion for Reconsideration, Dkt. No. 123;

2. The Parties shall file a stipulated Motion for Damages by twenty eight days after this Court's decision on Defendants' pending Motion for Reconsideration;

3. Plaintiff Class shall file a Motion for Attorneys' Fees and Costs by twenty four days after this Court's decision on the Parties' stipulated Motion for Damages;

4. Defendants shall file any Opposition to the Plaintiff Class's Motion for Attorneys' Fees by twenty four days after the Plaintiff Class files its Motion for Attorneys' Fees; and

5. Plaintiff Class shall file any Reply by seventeen days after the Defendants file their Opposition to Plaintiff's Motion for Attorneys' Fees.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 31st day of February, 2018.

Davis Wright Tremaine LLP
Attorneys for Richard Lehman and the Class


By /s/ Joseph P. Hoag
    Richard J. Birmingham, WSBA #8685
    Joseph P. Hoag, WSBA #41971
    Suite 2200
    1201 Third Avenue
    Seattle, WA 98101-3045
    Telephone: 206-622-3150
    Fax: 206-757-7700
    E-mail: richardbirmingham@dwt.com
           josephhoag@dwt.com

The Urban Law Firm
Counsel for Defendants


By /s/ Nathan R. Ring
    Michael A. Urban, WSBA #20251
    Nathan R. Ring, WSBA #46271
    4270 S. Decatur Blvd., Ste. A-9
    Las Vegas, NV 89103
    Telephone: (702) 968-8087
    Fax: (702) 968-8088
    Email: murban@theurbanlawfirm.com
           nring@theurbanelawfirm.com

STIPULATION AND ORDER
2:13-cv-01835 – 3
4815-5428-9243v.1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## ORDER

IT IS SO ORDERED.

DATED this 5 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

By:    */s/ Joseph P. Hoag*
       Richard J. Birmingham, WSBA #8685
       Joseph P. Hoag, WSBA #41971
       1201 Third Avenue, Suite 2200
       Seattle, Washington  98101-3045
       Telephone:  (206) 622-3150
       Fax:  (206) 757-7700
       E-mail:  richbirmingham@dwt.com
       E-mail:  josephhoag@dwt.com

STIPULATION AND ORDER
2:13-cv-01835 – 4
4815-5428-9243v.1 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax