THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER NELSON; WILLIAM BECK, JR., BRIAN BISH, KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES, CLIF DAVIS, TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS; CLINT BRYSON; MICHAEL CHURCH; MICHAEL DOYLE; GREG ELDER; GLEN FRANZ; GARY GONZALES; CARL D. HANSON; PATRICK POWELL; GARY PRICE; SCOTT STEPHENS; ROGER TOBIN; and GRANT ZADOW, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>　　　　　　Defendants. | No. 2:13-cv-01835<br><br>STIPULATION AND ORDER TO WITHDRAW CHALLENGE TO CLASS REPRESENTATIVE AND TO ADD NEW CLASS REPRESENTATIVE |

## **STIPULATION**

The parties, by and through their respective undersigned counsel, conferred on February 22, 2018, and hereby agree and stipulate to Mr. Michael Puterbaugh's addition as a named plaintiff in this litigation and as an additional class representative. *See* ECF No. 128-1 at 12-13 (identifying fact basis for Mr. Puterbaugh's service as second Class Representative). Defendants therefore withdraw their objection to Mr. Lehman as Class Representative, as set forth in the pending Motion for Reconsideration, ECF No. 123.

STIPULATION AND ORDER
2:13-cv-01835 – 1
4848-7113-0206v.2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 22nd day of February, 2018.

                                      Davis Wright Tremaine LLP
                                      Attorneys for Richard Lehman and the Class

By */s/Richard J. Birmingham*
     Richard J. Birmingham, WSBA #8685
     Joseph P. Hoag, WSBA #41971
     1201 Third Avenue, Suite 2200
     Seattle, WA 98101-3045
     Telephone: 206-622-3150
     Fax: 206-757-7700
     E-mail: richardbirmingham@dwt.com
               josephhoag@dwt.com

The Urban Law Firm
Counsel for Defendants

By */s/Michael A. Urban*
     Michael A. Urban, WSBA #20251
     Nathan R. Ring, WSBA #46271
     4270 S. Decatur Blvd., Ste. A-9
     Las Vegas, NV 89103
     Telephone: (702) 968-8087
     Fax: (702) 968-8088
     Email: murban@theurbanlawfirm.com
               nring@theurbanlawfirm.com

STIPULATION AND ORDER
2:13-cv-01835 – 2
4848-7113-0206v.2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# ORDER

Based on the foregoing stipulation of counsel, IT IS SO ORDERED:

1. Defendants' Motion for Reconsideration, ECF No. 123, is hereby stricken with regard to Richard Lehman's service as Class Representative;

2. The Court hereby names Michael Puterbaugh as an additional and second Class Representative in the instant matter.

DATED this 26 day of Feburary 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

By: */s/Richard J. Birmingham*
    Richard J. Birmingham, WSBA #8685
    Joseph P. Hoag, WSBA #41971
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: richbirmingham@dwt.com
    E-mail: josephhoag@dwt.com

STIPULATION AND ORDER
2:13-cv-01835 – 3
4848-7113-0206v.2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax