UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN, on behalf of himself and, others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER NELSON; WILLIAM BECK, JR., BRIAN BISH, KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES, CLIF DAVIS, TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS; CLINT BRYSON; MICHAEL CHURCH; MICHAEL DOYLE; GREG ELDER; GLEN FRANZ; GARY GONZALES; CARL D. HANSON; PATRICK POWELL; GARY PRICE; SCOTT STEPHENS; ROGER TOBIN; and GRANT ZADOW, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>Defendants. | No. 2:13-CV-01835-RSM<br><br>CLASS ACTION<br><br>**ORDER GRANTING STIPULATED MOTION FOR DAMAGES** |

This matter came before the Court on Plaintiffs' and Defendants' Stipulated Motion for Damages. The Court has reviewed the following:

1. Stipulated Motion for Damages, the accompanying Declaration of Richard J. Birmingham, and all exhibits thereto;

2. The other papers and pleadings on file in this matter as well as any arguments by counsel.

ORDER GRANTING STIPULATED MOTION FOR DAMAGES
2:13-CV-01835-RSM — 1
4811-3093-2063v.2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

As the Court finds the method of calculating damages appropriate, and in consideration of Defendants' agreement thereto, the Court hereby ORDERS that Plaintiffs' and Defendants' Stipulated Motion for Damages is GRANTED.

The Court further finds and ORDERS as follows:

1. Damages in this matter for the Plaintiff class equal $3,790,230.05 as of December 31, 2017, which represents: (a) 2,633,122.87 in pension contributions made on Plaintiffs' behalf that were wrongfully withheld by Defendants; and (b) $1,157,107.18 in earnings thereon, based on the IBEW Pacific Coast Fund's reported annual rates of return from 2008 through December 2017.

2. Earnings shall continue to accrue on this damages award from January 1, 2018, through the date that Defendants transfer to the travelers' Home Funds the damages awarded by this Order, as determined by the BBH Limited Duration Fund (Class N).

3. Any further withholdings made by the Defendants or the IBEW Pacific Coast Fund that are inconsistent with this Court's orders in this case, along with all earnings of the IBEW Pacific Coast Fund thereon as determined by the BBH Limited Duration Fund (Class N), shall constitute further damages owed to Plaintiffs in this action.

4. Plaintiffs will apply for costs and attorneys' fees within twenty-four days after this Court's decision on Plaintiffs' and Defendants' Stipulated Motion for Damages, consistent with Dkt. # 126.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED this 27 day of March 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine, LLP
Attorneys for Richard Lehman and the Class

By /s/*Richard J. Birmingham*
    Richard J. Birmingham, WSBA #8685
    Joseph P. Hoag, WSBA #41971
    Christine Hawkins, WSBA #44972
    Suite 2200
    1201 Third Avenue
    Seattle, WA 98101-3045
    Telephone: 206-622-3150
    Fax: 206-757-7700
    E-mail: richardbirmingham@dwt.com
            josephhoag@dwt.com
            christinehawkins@dwt.com

The Urban Law Firm
Counsel for Defendants

By /s/*Nathan R. Ring*
    Michael A. Urban, WSBA #20251
    Nathan R. Ring, WSBA #46271
    4270 S. Decatur Blvd., Ste. A-9
    Las Vegas, NV 89103
    Telephone: (702) 968-8087
    Fax: (702) 968-8088
    Email: murban@theurbanlawfirm.com
            nring@theurbanlawfirm.com

ORDER GRANTING STIPULATED MOTION FOR DAMAGES
2:13-CV-01835-RSM — 3
4811-3093-2063v.2 0098279-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax