Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| RICHARD LEHMAN and MICHAEL PUTERBAUGH, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER NELSON; WILLIAM BECK, JR.; BRIAN BISH; KLAAS A. DeBOER; MICHAEL G. MARSH; ROCKY SHARP; RICHARD BAMBERGER; DENNIS CALLIES; CLIF DAVIS; TIM DONOVAN; HARRY THOMPSON; GARY YOUNGHANS, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan,<br><br>　　　　Defendants. | Case No.: 2:13-cv-1835-RSM<br><br>FULL SATISFACTION OF JUDGMENT AGAINST ALL DEFENDANTS |

Plaintiffs RICHARD LEHMAN and MICHAEL PUTERBAUGH, on behalf of themselves and others similarly situated, by and through their attorney, Richard J. Birmingham of Davis Wright Tremaine, LLP, and Defendants, Gary Younghans, Clif Davis, Warner Nelson, Richard Bamberger, Dennis Callies, Michael G Marsh, Michael Church, Michael Doyle, Gary Gonzales, Clint Bryson, Carl D Hanson, Glen Franz, Patrick Powell, Gary Price, Harry Thompson, Roger Tobin, Scott Stephens, Brian Bish, Grant Zadow, Klaas A DeBoer, Rocky Sharp, Tim Donovan, William Beck, Jr, Greg Elder, in their capacity as Trustees of the IBEW Pacific Coast Pension Plan, by and through their attorney, Nathan R. Ring of The Urban Law Firm, jointly acknowledges full satisfaction of the Judgment entered in the above-entitled action on December 3, 2019, in favor of Plaintiffs and against Defendants (ECF No. 155).

Full Satisfaction of Judgment Against All Defendants (Case No. 2:13-cv-1835-RSM)

1

**THE URBAN LAW FIRM**
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 968-8087 / (702) 255-1718
nring@theurbanlawfirm.com
*Counsel for Defendants*

The judgment was entered as a result of the United States Court of Appeals Order on Plaintiffs' application for attorney's fees and costs on appeal. The amount of $121,087.00 has been paid in full.

The Clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of said Judgment on the docket.

Dated: January 2, 2020

*s/ Nathan R. Ring*
Michael A. Urban, Esq., WSBA No. 20251
Nathan R. Ring, Esq., WSBA No. 46271
The Urban Law Firm
720 N. 10th Street, A #389
Renton, WA 98057
P. (702) 968-8087 / (702) 255 1718
nring@theurbanlawfirm.com
murban@theurbanlawfirm.com
*Attorney for Defendants*

Dated: January 2, 2020

s/ Richard J. Birmingham
Richard J. Birmingham, WSBA No. 8685
Joseph P. Hoag, WSBA No. 41971
Christine Hawkins, WSBA No. 44972
DAVIS WRIGHT TREMAINE
1201 Third Avenue Suite 2200
Seattle, WA  98101-3045
T: 206-757-8145
richbirmingham@dwt.com
josephhoag@dwt.com
christinehawkins@dqt.com
*Attorney for Plaintiffs*

Full Satisfaction of Judgment Against All Defendants (Case No. 2:13-cv-1835-RSM)

**THE URBAN LAW FIRM**
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 968-8087 / (702) 255-1718
nring@theurbanlawfirm.com
*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I electronically filed the above **Full Satisfaction of Judgment Against Defendants** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered ECF participants.

Dated this 2nd day of January 2020.

                                              *s/ April Denni*
                                         An employee of The Urban Law Firm

Full Satisfaction of Judgment Against All Defendants (Case No. 2:13-cv-1835-RSM)

3

**THE URBAN LAW FIRM**
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 968-8087 / (702) 255-1718
nring@theurbanlawfirm.com
*Counsel for Defendants*